No. 60,132

STATE OF KANSAS, *Appellee,* v. GREG KIRBY, *Appellant.*
(751 P.2d 1041)

Opinion filed March 25, 1988.

*Lucille Marino,* assistant appellate defender, argued the cause, and *Benjamin C. Wood,* chief appellate defender, was with her on the brief for the appellant.

*Eric S. Rosen,* assistant district attorney, argued the cause, and *Robert T. Stephan,* attorney general, and *Gene M. Olander,* district attorney, were with him on the brief for the appellee.

The opinion of the court was delivered by

MILLER, J.: Greg Kirby appeals following his convictions at a bench trial in Shawnee County District Court of burglary, K.S.A. 21-3715, and theft, K.S.A. 1987 Supp. 21-3701. In a published opinion by Briscoe, J., a unanimous panel of the Court of Appeals affirmed. *State v. Kirby,* 12 Kan. App. 2d 346, 744 P.2d 146 (1987). We granted review.

Upon careful consideration, we adopt the opinion of the Court of Appeals and affirm both the trial court and the Court of Appeals.